IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:19CR47 |
| | § | Judge Crone |
| AMANDA MARIE GARCIA (2) | § | |

## **ELEMENTS OF THE OFFENSE**

You are charged in Count One of the Information with a violation of 21 U.S.C. § 841(a)(1), Possession with the Intent to Manufacture and Distribute a mixture or substance containing a detectable amount of methamphetamine. The essential elements which must be proven beyond a reasonable doubt to establish the 21 U.S.C. § 841(a)(1) violation are:

1. That you knowingly possessed a controlled substance;

2. That the substance was in fact methamphetamine;

3. That you possessed the substance with the intent to distribute it; and

To "possess with intent to distribute" simply means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

**Elements – Page 1**

        Respectfully submitted,

        Joseph D. Brown
        United States Attorney
        Eastern District of Texas

        */s/ Matthew T. Johnson*
        Matthew T. Johnson
        Assistant United States Attorney
        600 East Taylor Street, Suite 2000
        Sherman, Texas 75090
        (903) 868-9454
        (903) 892-2792 (fax)
        Matthew.Johnson2@usdoj.gov
        Texas Bar No. 24060033

## CERTIFICATE OF SERVICE

I certify that I filed a true and correct copy of this document through the district court's Case Management/Electronic Case File ("CM/ECF") system on May 3, 2019.  All case participants should have received notice of the filing through the CM/ECF system.

        /s/ Matthew T. Johnson
        MATTHEW T. JOHNSON

**Elements – Page 2**